UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION


IN RE:  IRHORO RAYMOND AGHWE,        {  CHAPTER 13

{

{

        DEBTOR                        {  CASE NO. A25-57914-SMS

{

{  JUDGE SAGE M. SIGLER


## **OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The Debtor's payments under the proposed plan are not current.

2.  The Debtor appeared at the 341 Meeting of Creditors but the Trustee was unable to conduct the meeting, as the Debtor has failed to return the completed Cash Flow Reports and Questionnaire to Business Debtor sent to the Debtor on July 28, 2025.


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

1

3. The Debtor has failed to provide the Trustee with a copy of the 2024 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor provides the Trustee with a sworn statement by the Debtor, in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

A25-57914-SMS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing Objection to Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICES OF STANLEY J. KAKOL, JR.

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

IRHORO RAYMOND AGHWE
297 E. PACES FERRY ROAD, N.E.
APARTMENT 1805
ATLANTA, GA 30305

This 25th day of September, 2025

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

Respectfully submitted,


_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com