**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE: A25-57914-SMS |
| IRHORO RAYMOND AGHWE | CHAPTER 13 |
| | JUDGE SAGE M. SIGLER |
| Debtor | |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING OCTOBER 07, 2025 CONFIRMATION HEARING**

At the hearing on Confirmation on October 7, 2025, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• pay $13,248.00 to the Trustee

• file proposed amendment(s)

• renotice the meeting of creditors and the confirmation hearing

• After review of copy of business documents

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

• Debtor has failed to remit $13,248.00

• Debtor has failed to file the proposed amendment(s)

• Debtor has failed to renotice the meeting of creditors and the confirmation hearing

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

Respectfully submitted,

\_/s/_____
Albert C. Guthrie, Esq.
for the Chapter 13 Trustee
GA Bar No. 142399

A25-57914-SMS

## CERTIFICATE OF SERVICE

   I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICES OF STANLEY J. KAKOL, JR.

   I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

IRHORO RAYMOND AGHWE
297 E. PACES FERRY ROAD, N.E.
APARTMENT 1805
ATLANTA, GA 30305

This 24th day of October, 2025

                                                Respectfully submitted,

                                                _/s/_____
                                                Albert C. Guthrie, Esq.
                                                for the Chapter 13 Trustee
                                                GA Bar No. 142399
                                                285 Peachtree Center Ave, Suite 1600
                                                Atlanta, GA  30303-1229
                                                (404) 525-1110
                                                albertg@atlch13tt.com